TIMOTHY M. BURGESS
United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue
Box 2, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6511/6510
Fax:(907)353-6501

**FILED**

DEC 2 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
                              Deputy

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**KRYSTAL JO ESCHRICH**<br><br>Defendant | **F05   0045   CR**<br>Case Number<br><br>**COUNT I**<br>Driving while intoxicated<br>(Class A Misdemeanor)<br>Violation of AS 28.35.030 and<br>18 U.S.C § 13<br><br>**COUNT II**<br>Driving While License Suspended, Revoked,<br>or in Violation of a Limitation<br>(Class A Misdemeanor)<br>Violation of AS § 28.15.291 and 18 U.S.C.<br>§ 13<br><br>**COUNT III**<br>Possession of Alcohol by Minor<br>(Quasi-Criminal Offense)<br>Violation of AS 04.16.050 and<br>18 U.S.C § 13<br><br>**INFORMATION** |

THE SPECIAL ASSISTANT UNITED STATES ATTORNEY CHARGES:

ORIGINAL

Page 1

## COUNT I

That on or about the 25th day of February, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, KRYSTAL JO ESCHRICH, did unlawfully drive a motor vehicle after consuming alcohol in violation of Alaska Statutes § 28.35.280, as assimilated into federal law by operation of 18 U.S.C. § 13.

## COUNT II

That on or about the 25th day of February, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, KRYSTAL JO ESCHRICH, drove a motor vehicle on a vehicular way at a time when her driver's license, privilege to drive, or privilege to obtain a license had been suspended or revoked, in violation of Alaska Statutes § 28.15.291, as assimilated into federal law by operation of 18 U.S.C. § 13.

## COUNT III

That on or about the 25th day of February, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, KRYSTAL JO ESCHRICH, a person under the age of 21, did unlawfully possess, control or consume alcohol in violation of Alaska Statutes § 04.16.050, as assimilated into federal law by operation of 18 U.S.C. § 13.

Dated this 21st day of December, 2005, at Fairbanks, Alaska.

                                        Respectfully submitted,

                                        TIMOTHY M. BURGESS
                                        United States Attorney

                                        J. THOMAS BARTLESON
                                        Special Assistant U.S Attorney