## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> KRYSTAL JO ESCHRICH </u>

THE HONORABLE TERRANCE W HALL

DEPUTY CLERK                                           CASE NO.  <u>4:05-CR-0045-TWH</u>

<u> TINA J GROTHAUSE </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 19, 2006

    Summons issued by the court in the above case has been returned unexecuted. Arraignment set for **FEBRUARY 3,2006 at10:00 a.m.** is hereby **vacated.** The government is directed to provide the court with an appropriate address for the defendant or file a status report within 30 days. Arraignment will be reset and summons reissued upon clerk's receipt of this address.

[ ]{UNEXSUM.WPD*Rev.2/9}