UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )
                             )   Case No. 4:05-cr-00045-TWH
v.                           )
                             )
KRYSTAL JO ESCHRICH,         )
                             )
         Defendant.          )
_____)

### JUDGMENT OF DISCHARGE
### Fed.R.Crim.P. 32(d)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    \_\_ The court has granted the motion of the government for dismissal with/without prejudice;

    \_\_ The court has granted the motion of the defendant for a Judgment of Acquittal;

    \_\_ A jury has been waived, and the court has found the defendant NOT GUILTY;

    \_\_ The jury has returned its verdict, finding the defendant NOT GUILTY;

    _X_ The government has not filed additional service information as directed by the Court for the offense of DWI as charged in count(s) 1 of the Information.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED at Fairbanks, Alaska, this 15 day of March, 2006.

**REDACTED SIGNATURE**

TERRANCE W HALL
United States Magistrate Judge

[judgment of discharge 05cr45.wpd]{DISCHARG.WPD*Rev.2/97}