**DEBORAH M. SMITH**
Acting United States Attorney

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**

**Attorneys for the Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05-cr-00045-TWH-1 |
| ) | |
| **KRYSTAL JO ESCHRICH** ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

Eve C. Zamora enters her appearance on behalf of Plaintiff, United States of America, in this matter. Service on Plaintiff shall be through his attorney at 101 12th Avenue, Room 310, Fairbanks, Alaska 99701.

RESPECTFULLY SUBMITTED this 13th day of June 2006.

                                         EVE C. ZAMORA

                                         s/ Eve C. Zamora_____
                                         101 12th Avenue, Room 310
                                         Fairbanks, Alaska 99701
                                         Telephone: (907) 353-6561-6510
                                         Fax: (907) 353-6501
                                         eve.zamora@us.army.mil
                                         MN Bar: 0297859